UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE JOSEPH, SCOTT DENLEY, ANTHONY BARBATO, BRYAN WALSH, LATORIA BOSLEY, and DARNELL EASON, on behalf of all persons similarly situated,

    Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

    Defendants.

20 Civ. 5776 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 27–28. Accordingly:

1. Plaintiffs' request for a pre-motion conference is DENIED;
2. Plaintiffs shall file their motion for conditional collective action certification by **July 15, 2021**;
3. Defendants shall file their opposition papers by **July 29, 2021**; and
4. Plaintiffs shall file any reply papers by **August 5, 2021**.

SO ORDERED.

Dated: June 24, 2021
      New York, New York

ANALISA TORRES
United States District Judge