

# PITTA LLP
Attorneys At Law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2022
```

Telephone: (212) 652 3890
Facsimile: (212) 652 3891

**Jane Lauer Barker**
**Partner**
Direct Dial: (212) 652 3828
jbarker@pittalaw.com

October 28, 2022

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Joseph, et al. v. Metropolitan Transportation Authority, et al.*
             **(20 CV 5776) (AT)**

Dear Judge Torres:

      This firm represents Plaintiffs in the above referenced action. We pursuant to Section 1(C) of Your Honor's Individual Rules and Practices to request an extension of the parties' deadline to submit a settlement agreement for Court approval to November 23, 2022.

      By Order dated September 13, 2022 (ECF No. 70), the Court set November 3, 2022 as the date by which the parties shall file joint letter motion and settlement agreement. The parties have made substantial progress in preparing the settlement agreement but require a short extension to finalize the joint letter to the Court for approval of the settlement agreement. As the Court is aware, on October 25, 2022, Your Honor granted to the parties in the related matter, *Mercado et al. v. Metropolitan Transportation Authority et al.*, 1:20-cv-05776 (ECF No. 122), an extension of time to November 24, 2022 to file their respective settlement agreement.

      As such, Plaintiffs respectfully request a brief week extension to November 23, 2022, to submit a finalized settlement to the Court for approval. This is Plaintiffs' second request for an extension of this deadline. Defendants' counsel consents to this request.

      Thank you for your consideration.

GRANTED.

SO ORDERED.

Dated: October 31, 2022
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge