

Proskauer Rose LLP   Eleven Times Square   New York, NY 1(

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2022_

November 18, 2022

Joshua S. Fox
Senior Counsel
d 212.969.3507
f 212.969.2900
jfox@proskauer.com
www.proskauer.com

<u>By ECF</u>

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Joseph, et al. v. Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority* - <u>Case No. 1:20-cv-05776</u>

Dear Judge Torres:

We represent Defendants Metropolitan Transportation Authority ("MTA") and Triborough Bridge and Tunnel Authority ("TBTA") (collectively, "Defendants") in the above-referenced matter. We write jointly with Counsel for Plaintiffs to request a brief extension of the parties' deadline to submit a Settlement to the Court for approval, from November 23, 2022 to December 9, 2022. The current deadline for the submission falls on the day before Thanksgiving Day, and because many key individuals are traveling for the holiday, the parties need additional time to confer with their respective clients about the settlement papers before submitting final versions to the Court. This is the parties' third request for an extension of this deadline. (*See* Dkt. 72.) The parties believe that no further extensions will be needed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

<u>/s/ Joshua S. Fox</u>
Joshua S. Fox

cc:   All counsel of record (via ECF)

GRANTED.

SO ORDERED.

Dated: November 18, 2022
         New York, New York

_____
ANALISA TORRES
United States District Judge